IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

LORI STEPHENS

V.                                          No.: 05-CV-01122-JDT-STA

WAL-MART STORES EAST, L. P.

## MOTION TO AMEND COMPLAINT

COMES NOW, the Plaintiff, pursuant to Federal Rule of Civil Procedure 15(a), and with the permission of the Defendant (see attached written permission), and moves this Honorable Court for an order allowing the Plaintiff to amend her complaint to proceed against the proper Defendant. Plaintiff would request an order amending all references of Wal-Mart Stores, Inc. to Wal-Mart Stores East, L.P.

Respectfully submitted,

Danny R. Ellis, BPR# 020747
Attorney for the Plaintiff
1289 N. Highland Ave.
P.O. Box 3146
Jackson, TN 38303-3146
731-988-9900

**MOTION GRANTED**
DATE: June 02, 2005
S. Thomas Anderson
S. Thomas Anderson
U.S. Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/6/05

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed via U.S. Mail, postage prepaid, to Clinton J. Simpson, Attorney for Defendant, 165 Madison Avenue, Suite 2000, Memphis, TN 38103, this the 12th day of May, 2005.

DANNY R. ELLIS

LAW OFFICES

# BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

A PROFESSIONAL CORPORATION

FIRST TENNESSEE BUILDING

165 MADISON AVENUE

SUITE 2000

MEMPHIS, TENNESSEE 38103

(901) 526-2000

FACSIMILE
(901) 577-2303

CLINT SIMPSON
Direct Dial: (901) 577-2314
Direct Fax: (901) 577-4233
E-Mail Address: csimpson@bakerdonelson.com

April 25, 2005

Danny R. Ellis, Esq.
128 N. Highland Avenue
Post Office Box 3146
Jackson, Tennessee 38103-3146

   Re: Lori Stephens v. Wal-Mart Stores East, L.P.

Dear Mr. Ellis:

  I will be representing Wal-Mart Stores East, L.P. in this matter. We filed a Notice of Removal and Answer in this matter on April 25, 2005 and have enclosed copies for your records. Please note that Wal-Mart Stores East, L.P. is the proper entity in this action. Please amend your Complaint to reflect Wal-Mart Stores East, L.P. as the proper entity as opposed to Wal-Mart Stores, Inc. We will of course consent to any such amendment.

  I look forward to working with you on this matter.

  If you have any further questions or comments regarding this matter, please do not hesitate to contact me. I appreciate your cooperation in this matter.

           Very truly yours,

           Clint Simpson

CJS:tmh

Enclosures

M CJS 875359 v1
2825865-000186 04/25/05

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA
Representative Office,
BDBC International LLC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01122 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT