IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

LORI STEPHENS

V.                                      No.: 05-CV-01122-JDT-STA

WAL-MART STORES EAST, L. P.

## MOTION TO CONTINUE SCHEDULING CONFERENCE

COMES NOW, the Plaintiff, and moves this Honorable Court for an order allowing the continuance of the scheduling conference set for August 30, 2005 at 10:00 a.m. As grounds, the Plaintiff would state that both parties have entered negotiations to settle this case. In addition, the Defendant is in agreement with this motion. Plaintiff requests a continuance of two weeks.

Respectfully submitted,

Danny R. Ellis, BPR# 020747
Attorney for the Plaintiff
1289 N. Highland Ave.
P.O. Box 3146
Jackson, TN 38303-3146
731-988-9900

**MOTION GRANTED**
DATE: August 29 2005
S. Thomas Anderson
S. Thomas Anderson
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been mailed via U.S. Mail, postage prepaid, to Clinton J. Simpson, Attorney for Defendant, 165 Madison Avenue, Suite 2000, Memphis, TN 38103, this the 29th day of August, 2005.

DANNY R. ELLIS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01122 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT